UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DELMON MARZETT**                          **CIVIL ACTION**

**VERSUS**                                           **NO. 11-2264**

**O.P.P. CONCHETTA, ET AL.**                 **SECTION: "A" (3)**

## O R D E R

Plaintiff has filed a motion for appointment of counsel. Rec. Doc. 9. "A district court should appoint counsel in a civil rights case only if presented with *exceptional* circumstances." Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997) (emphasis added). Having considered that fact, as well as the factors set forth in Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982), the Court finds that appointment of counsel is not warranted. Plaintiff's claims in this lawsuit are neither factually nor legally complex. Moreover, there is no indication that extensive discovery or investigation will be required or that a trial, if one is necessary, will require skills beyond plaintiff's capabilities. Accordingly, plaintiff's motion is **DENIED**.

New Orleans, Louisiana, this seventh day of November, 2011.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**