```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| DELMON MARZETT | CIVIL ACTION |
| VERSUS | NO: 11-2264 |
| R. BROWN, ET AL. | SECTION: "A" (3) |

**ORDER AND REASONS**

Before the Court is a **Motion to Dismiss for Failure to Prosecute (Rec. Doc. 89)** filed by defendants Marlin N. Gusman, Sheriff of New Orleans, Major Brown, Lieutenant Dorsey, and Deputy James Fried.  Plaintiff Delmon Marzett has <u>not</u> filed a response to the motion. The motion, scheduled for submission on September 25, 2013, is before the Court on the briefs without oral argument.

Plaintiff Delmon Marzett filed this action pro se and in forma pauperis while he was a prisoner housed at the Orleans Parish Prison ("OPP").  Marzett seeks to recover under 42 U.S.C. § 1983 for alleged violations of his Fourth and Fourteenth Amendment rights. The only claim surviving motion practice is the claim that OPP deprived Marzett of his freedom to practice his Muslim religion.

On July 9, 2013, Marzett appeared in open court on his motion to reopen this case.[1] Marzett had been released from

---

[1] The Court had previously stayed and closed the case while Marzett pursued an interlocutory appeal on the Court's ruling on

custody and advised the Court that he was ready to move forward with his case. The Court set specific deadlines, which included a date/time certain for defense counsel to depose Marzett at defense counsel's office on August 20, 2013. Witness and exhibit lists were due to be filed on August 23, 2013. (Rec. Doc. 87). A settlement conference with the magistrate judge was set for September 16, 2013. (Rec. Doc. 86). The Court has held open a 2 day jury trial setting on its calendar for November 4, 2013.

Defendants now move to dismiss Marzett's complaint with prejudice for failure to prosecute. Defendants complain that Marzett did not appear for his deposition and made no attempt to contact defense counsel to reschedule. A court reporter was present needlessly due to Marzett's failure to appear. Defendants had also sent interrogatories and document requests to Marzett in preparation for the deposition but Marzett did not respond.

In addition to the foregoing complaints, the Court notes from the record that Marzett did not file witness and exhibit lists as ordered. Then, after Defendants filed the instant motion to dismiss, the magistrate judge contacted chambers to advise that Marzett did not appear for the scheduled settlement conference on September 16, 2013. Meanwhile, defense counsel was present for the conference and ready to participate. (Rec. Doc. 90).

---

Defendants' motion for summary judgment. (Rec. Doc. 78).

Marzett was present in open court when the Court set the current deadlines so there is no issue of notice in this case. Marzett has either decided to abandon this lawsuit or to intentionally flout this Court's orders. Defendants' motion to dismiss, to which Marzett did not file a response, is therefore granted.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Dismiss for Failure to Prosecute (Rec. Doc. 89)** filed by Defendants is **GRANTED**. Plaintiff's complaint is **DISMISSED**.

September 25, 2013

```
             _____
                   JAY C. ZAINEY
             UNITED STATES DISTRICT JUDGE
```